UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:19cr95-KDB

**FILED**
CHARLOTTE, NC

DEC 17 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | **ORDER** |
| v. | ) | |
| | ) | **MOTION TO SEAL INDICTMENT** |
| (1) ANDRE MARQUESE WHITE and | ) | |
| (2) CYIANA ASHLEY WOODS | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Indictment, Motion to Seal and this Order, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 17th day of December, 2019

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE