# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | DOCKET NO. 5:19-CR-095-KDB-DCK |
| v. | ) ) ) | **ORDER** |
| **(1) ANDRE MARQUESE WHITE** | ) ) ) | |

**UPON MOTION** of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the names of other Defendant(s) be redacted from the Bill of Indictment, the redacted Indictment be unsealed, and the original unredacted Indictment remained sealed pending further order of the Court; and

**IT APPEARING TO THE COURT** that good cause exists for the Government's Motion;

**NOW, THEREFORE, IT IS ORDERED** that the names of other Defendant(s) be redacted from the Bill of Indictment, the redacted Indictment be unsealed, and the original unredacted Indictment remained sealed pending further order of the Court.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, the U.S. Marshals Service, and the United States Attorney's Office.

Signed: March 10, 2020

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.